**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6701**

_____

JOSE MORA,

　　　　　　　Plaintiff - Appellant,

　　　　v.

SUHASINI N. SHAH, Doctor; NANCY PENDERGRASS, Bureau of
Prisons Petersburg Medium Dietician; M. DUPREE; MIGUEL A.
CINTRON, Dr, Medical Department – FCC Coleman; JORGE
PASTRANA, Warden,

　　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.　Raymond A. Jackson, District
Judge.　(2:08-cv-00635-RAJ-DEM)

_____

Submitted: October 18, 2011　　　Decided: October 21, 2011

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jose Mora, Appellant Pro Se.　Lawrence Richard Leonard,
Assistant United States Attorney, Norfolk, Virginia; Dorinda
Parkola Burton, POOLE MAHONEY, PC, Virginia Beach, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Mora appeals the district court's order denying relief on his complaint, which the district court properly construed as one filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Mora v. Shah, No. 2:08-cv-00635-RAJ-DEM (E.D. Va. March 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED